UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TY EDWARD HODGE, | CASE NO. C26-5118-KKE |
| Plaintiff(s), | ORDER STRIKING AND DENYING AS MOOT PLAINTIFF'S MOTIONS |
| v. | |
| CITY OF PORT TOWNSEND, et al., | |
| Defendant(s). | |

Plaintiff, representing himself, filed this case in Jefferson County Superior Court, and Defendants removed it to this Court. Dkt. No. 1. Plaintiff filed a notice of related cases and thereafter filed a motion to consolidate this case with another case. Dkt. Nos. 9, 13. The Local Rules of this district require Plaintiff to meet and confer with Defendants before filing a motion to consolidate, and Plaintiff's motion does not certify that this occurred. *See* Local Rules W.D. Wash. LCR 42. The Court therefore STRIKES Plaintiff's motion to consolidate. Dkt. No. 13. Plaintiff may re-file this motion after meeting and conferring with Defendants in accordance with LCR 42.

Furthermore, in light of Defendants' pending motion for judgment on the pleadings (Dkt. No. 15), and Plaintiff's pending motion for leave to amend the complaint (Dkt. No. 17), the early

ORDER STRIKING AND DENYING AS MOOT PLAINTIFF'S MOTIONS - 1

case deadlines (Dkt. No. 7) are VACATED and will be re-set as necessary after the Court resolves these pending motions.  Plaintiff's motion for stay (Dkt. No. 11) is therefore DENIED as moot.

Dated this 3rd day of March, 2026.


Kymberly K. Evanson
United States District Judge

ORDER STRIKING AND DENYING AS MOOT PLAINTIFF'S MOTIONS - 2