UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TY EDWARD HODGE,

                    Plaintiff(s),

        v.

CITY OF PORT TOWNSEND, et al.,

                    Defendant(s).

CASE NO. C26-5118-KKE

ORDER ON MISCELLANEOUS MOTIONS

        Plaintiff Ty Edward Hodge, representing himself, filed this action in Jefferson County Superior Court on January 28, 2026, bringing 42 U.S.C. § 1983 claims for violation of his First, Fourth, and Fifteenth Amendment rights against the City of Port Townsend and two Port Townsend Police officers. Dkt. No. 1-2. Hodge's complaint also requests declaratory relief. *Id.*

        Defendants removed the case to this Court, filed an answer and then a motion for judgment on the pleadings, arguing that Hodge's claims are time-barred by the applicable statute of limitations. Dkt. Nos. 1, 10, 15. Hodge filed a motion for leave to amend his complaint to drop certain claims and add others that, he believes, avoid the statute of limitations. Dkt. No. 26 at 2. Defendants did not file an opposition to Hodge's motion for leave to amend.

        Courts should "freely give leave" to amend a pleading "when justice so requires." Fed. R. Civ. P. 15(a)(2). "[T]his policy is to be applied with extreme liberality." *Owens v. Kaiser Found.*

ORDER ON MISCELLANEOUS MOTIONS - 1

*Health Plan, Inc.*, 244 F.3d 708, 712 (9th Cir. 2001) (citing *Morongo Band of Mission Indians v. Rose*, 893 F.2d 1074, 1079 (9th Cir. 1990)).

Because Defendants have not opposed Hodge's motion for leave to amend, and leave to amend should be liberally granted, the Court GRANTS the motion. Dkt. No. 26. Defendants' motion for judgment on the pleadings (Dkt. No. 15) is DENIED as moot, given that Hodge's pleading has been amended. Hodge's amended complaint (Dkt. No. 26-1) is deemed to be the operative complaint in this matter.

Dated this 27th day of May, 2026.

Kymberly K. Evanson
United States District Judge

ORDER ON MISCELLANEOUS MOTIONS - 2